Ent        JS-6

FILED
CLERK, U.S. DISTRICT COURT

SEP 17 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CARTER TERALL MOORE, | Case No. CV 08-05804 FMC (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| BEN CURRY, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Failure to Obtain Prior Authorization from the Ninth Circuit.

DATED: _Sept. 16_, 2008

_Florence-Marie Cooper_
FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 17 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY